### 15979. ESTROFF v. GILLIS.

BROYLES, C. J. Under all the particular facts of the case, and the rulings of this court when it was here before (31 *Ga. App.* 501, 121 S. E. 339), it can not be held as a matter of law that the trial judge abused his discretion in granting a new trial, although it was the second grant thereof to the same party, and the motion for a new trial was based upon the usual general grounds only; the first new trial being granted because of an erroneous charge by the court.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 15, 1925.

Complaint; from city court of Soperton—Judge O. J. Franklin presiding. September 15, 1924.

*E. J. Giles, Saffold & Sharpe,* for plaintiff in error.

*Dallam R. Jackson, N. L. Gillis, George B. Davis,* contra.